# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 24, 2015

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 14-1940

| | |
|---|---|
| JEANNE PACE and DAN PACE, | Appeal from the United States District |
|     *Plaintiffs-Appellants*, | Court for the Northern District of Illinois, |
| | Northern Division. |
|     *v.* | |
| | No. 1:13-cv-00818 |
| TIMMERMANN'S RANCH AND SADDLE SHOP | James B. Zagel, *Judge*. |
| INC., *et al.*, | |
|     *Defendants-Appellees*. | |

**O R D E R**

The opinion in this case issued on August 4, 2015, is amended as follows:

In the third line of the first paragraph on Page 2, replace "Dan" with "Dale."